ACCEPTED
06-15-00013-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 1:17:41 PM
DEBBIE AUTREY
CLERK

No. 06-15-00013-CV

IN THE
COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 1:17:41 PM
DEBBIE AUTREY
Clerk

CITY NATIONAL BANK OF SULPHUR SPRINGS,
Appellant

v.

JOHN ALEXANDER SMITH,
Appellee

On appeal from the District Court of Hopkins County, Texas
62nd Judicial District
The Honorable Will Biard Presiding

APPELLEE'S AGREED SECOND MOTION TO
EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

JOHN ALEXANDER SMITH, Appellee in the above styled and numbered cause, files this agreed motion for an extension of time to file Appellee's brief, and would respectfully show unto the Court the following:

**A. Introduction**

1.     Appellee is JOHN ALEXANDER SMITH.

2.     Appellant is CITY NATIONAL BANK OF SULPHUR SPRINGS.

3. This motion is filed pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and within the time period permitted by said rules.

4. This motion is agreed.

## B. Argument and Authorities

5. The Court may grant Appellee additional time to file his brief under the authority of Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

6. The current deadline for Appellee to file his brief is November 30, 2015.

7. Appellee requests an additional 14 days to file his brief, extending the time until Monday, December 14, 2015.

8. One prior extension of time to file this brief has been granted. This is Appellee's second request for an extension

9. Appellee's undersigned counsel has been working diligently to prepare the brief and has made substantial progress, but needs additional time to complete and file the brief because several personal matters and professional commitments have prevented and will prevent Appellee's counsel from devoting the time necessary to complete preparation of the brief by the current deadline. These include:

    A. Counsel's mother fell and broke her hip on November 7, and was hospitalized for surgery in Waco, Texas. It was necessary for counsel to travel to Waco and stay with her in the hospital. As a result, Counsel was out of the office, in Waco, assisting her November 9 -12, which were days counsel had blocked off to work on the Brief. She remains hospitalized and additional trips to Waco are anticipated.

B.     Appellee's undersigned counsel, who is the only attorney handling this matter, is not an appellate specialist, but is a litigator handling numerous active case files, including several in particular that have recently required and are currently requiring substantial time and effort to prepare for trial. These include: multiple recent out-of-town depositions and other matters in Cause No. DC-14-13128, *Oliver, et. al. v. Joe Brown Co, et. al.*, in the 134th Judicial District Court of Dallas County, Texas; out-of-town hearings and meetings and an impending hearing in Sherman, Texas, in Cause No. CV-15-1281, *Larkin v. Towery*, in the 15th Judicial District Court of Grayson County, Texas; ongoing voluminous research and briefing in connection with negotiations involving complex disputed Medicaid lien issues arising from a settlement in Case No. 11-13603 (PJW), *In re: Blitz U.S.A., Inc., et al.*, in the United States Bankruptcy Court for the District of Delaware; and significant discovery, research and briefing, pleading, meetings, and other required work in Cause No. DC-14-07768, *Nophsker v. Boston Pizza Restaurants, et. al.*, in the 193rd Judicial District Court of Dallas County, Texas; Cause No. DC-15-06927, *Gonzalez v. Escapade Club Corporation*, in the 116th Judicial District Court of Dallas County, Texas; and Cause No. 236-264574-13, *Patmon v. S&B LTD,* in the 236th Judicial District Court of Tarrant County, Texas, among others.

C.     From November 24-28, Appellee's counsel and his wife and daughters will be attending a family reunion on High Island, Texas, which occurs once every three years, and which has been scheduled for many months. Counsel intends to continue working on the Brief over this period, but will have limited time and resources, and increased difficulties due to the need for remote access.

D.     Counsel will return to Fort Worth the evening of Saturday, November 28. On Monday, November 30 – the current deadline for the Brief – counsel is required to attend a minor prove-up hearing in Sherman, Texas, and will then be taking depositions in Dallas the remainder of the day, as well as the next day, in a medical malpractice matter.

E.     In addition to a full work calendar, Counsel has numerous personal commitments scheduled over the next several weeks.

10.     Appellant's brief in this appeal raises numerous legal and factual issues, requiring significant review and responsive briefing.  Appellant requested and received two agreed extensions to file Appellant's brief, and granting the instant motion will provide Appellee with the same amount of time, including the same length of extensions, that Appellant received.

**Prayer**

11.     For these reasons, Appellee respectfully asks the Court to grant an extension of time to file his brief until December 14, 2015.

Respectfully submitted,


/s/ J. Mark Sudderth
**J. Mark Sudderth**
**Texas Bar No. 19461500**
NOTEBOOM – THE LAW FIRM
669 Airport Freeway, Suite 100
Hurst, Texas  76053
(817) 282-9700
(817) 282-8073 (facsimile)
Sudderth@Noteboom.com

Attorneys for Appellee,
John Alexander Smith

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with John R. Mercy, counsel for Appellant, and Appellant agrees to this motion to extend time.

/s/ J. Mark Sudderth
J. Mark Sudderth

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached document been served upon all counsel record on the 19th day of November, 2015, via e-service, to the attorneys of record for Appellant City National Bank of Sulphur Springs as follows:

John R. Mercy
Mercy, Carter, Tidwell, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
E-mail: jmercy@texarkanalawyers.com

Clay Johnson
Johnson Law Firm, P.C.
609 Gilmer Street
Sulphur Springs, Texas 75482
E-mail: clay@clayjohnsonlaw.coim

/s/ J. Mark Sudderth
J. Mark Sudderth